SIEGEL COHEN and Another, Copartners, etc., Respondents, v. JOHN CURTIN, INC., Appellant.— Determination affirmed, with costs, and judgment ordered for plaintiff for the sum of $891.15, with interest and costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CATHARINE QUINN, Respondent, v. HERBERT L. KAMBER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HENRY K. FORT COMPANY, Respondent, v. N. LONDON, INC., Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MAX MAAG, Respondent, v. ALBERT T. OTTO & SONS, INC., and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to serve an amended answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Clarke, P. J., and Smith, J., dissenting.

WILLIAM T. CARTER and Others, Copartners, etc., Respondents, v. THE GUARANTEE COMPANY OF NORTH AMERICA, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

BESSIE HONIG, Respondent, v. JOSHUA GOODMAN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOSEPH P. CARROLL v. JOHN T. CLARKE.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

DETTE F. PETZE v. DAVID H. KNOTT, as Sheriff, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.